COUNTY OF NASSAU, Respondent, v. ADAM GABRIEL et al., Defendants, and WILLIAM E. CANNING, Appellant.— In an action to establish the validity of a tax title, pursuant to article 7-B of the Tax Law, defendant William E. Canning appeals from an order of the County Court of Nassau County, striking out said defendant's answer and granting judgment to the plaintiff. Order

unanimously affirmed, with $10 costs and disbursements. The order will be considered as one made pursuant to rule 104 of the Rules of Civil Practice. Present — Carswell, Acting P. J., Johnston, Adel, Aldrich and Nolan, JJ. [See *post*, p. 1016.]